April 26, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **lad**

DEPUTY

AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | | District: |
|---|---|---|
| Name (under which you were convicted): *Douglas Ray Evans* | | Docket or Case No.: *2017-1876-C1A* |
| Place of Confinement : *GIB Lewis* | Prisoner No.: *02184215* | |
| Petitioner (include the name under which you were convicted) *Douglas Ray Evans* | Respondent (authorized person having custody of petitioner) v. *TDCJ* | **6:24-cv-218** |
| The Attorney General of the State of: | | |

## PETITION

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

  *McLeNNaN County Courthouse 501 Washington Ave*

  (b) Criminal docket or case number (if you know): *2017-1876-C1*

2.   (a) Date of the judgment of conviction (if you know): *02.26.18*

  (b) Date of sentencing: *12-04-17*

3.   Length of sentence: *Twelve (12)*

4.   In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

  *Burglary of Habitation      (12 years)*

6.   (a) What was your plea? (Check one)

    ☐ (1) Not guilty     ☐ (3) Nolo contendere (no contest)

    ☒ (2) Guilty     ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____ N/A _____

_____

_____ N/A _____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☑ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.    Did you appeal from the judgment of conviction?

☐ Yes    ☑ No

9.    If you did appeal, answer the following:

(a) Name of court: _____ N/A _____

(b) Docket or case number (if you know): _____ N/A _____

(c) Result: _____ N/A _____

(d) Date of result (if you know): _____ N/A _____

(e) Citation to the case (if you know): _____ N/A _____

(f) Grounds raised: _____ N/A _____

_____

_____ N/A _____

_____

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Result: _____ N/A _____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _N|A_

(5) Citation to the case (if you know): _N|A_

(6) Grounds raised: _N|A_

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _N|A_

(2) Result: _N|A_

_____

(3) Date of result (if you know): _N|A_

(4) Citation to the case (if you know): _N|A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _19th district_

(2) Docket or case number (if you know): _2017-1876-C1_

(3) Date of filing (if you know): _AuGust 25, 2023_

(4) Nature of the proceeding: _____

(5) Grounds raised: _Ineffective Assistance of Counsel all Inserted In one Ground, for failure to Investigate Crime Scene, the false police Reports (WaRRantless ARRest), and the uncoRRoboRating witness statements_

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: _N|A_

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____ NIA _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____ NIA _____

(2) Docket or case number (if you know): _____ NIA _____

(3) Date of filing (if you know): _____ NIA _____

(4) Nature of the proceeding: _____ NIA _____

(5) Grounds raised: _____ NIA _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _____ NIA _____

(8) Date of result (if you know): _____ NIA _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ NIA _____

(2) Docket or case number (if you know): _____ NIA _____

(3) Date of filing (if you know): _____ NIA _____

(4) Nature of the proceeding: _____ NIA _____

(5) Grounds raised: _____ NIA _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition. application. or motion?

☐ Yes    ☑ No

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Ineffective Assistance of Counsel For Failure to
Investigate, law and fact Violations of Applicant U.S. Const. Amend VI & XIV

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Applicant Asserts that had Counsel Investigated the uncorroborating witness
statements, crime scene (Hub) and police reports consisting of no physical
evidence. Applicant was coerced into changing his original plea of not
Guilty. Counsel Failure to Investigate Said Charge, deprived Applicant of due process.
This is Competence below professional norms and violates the VI
amendment Right to Counsel Applicant was denied due process & equal protection of the Law.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction. did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:    N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Habeas Corpus 1107

Name and location of the court where the motion or petition was filed:    19th distlict Mc Lennan County Coult house

Docket or case number (if you know):    2017 - 1876 - C1A

Date of the court's decision:    January 4, 2024

Result (attach a copy of the court's opinion or order. if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order. if available):    N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No." explain why you did not raise this issue:    N/A

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies. etc.) that you have

used to exhaust your state remedies on Ground One: _____ N/A _____

---

**GROUND TWO:** _No Evidence to Support Conviction. Verdict was Against_
_the weight of the evidence. Ineffective (Amend 6 + 14)_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Applicant Asserts that the State had no physical evidence to convict._
_The Testimony of both witness's dont corroborate as well not allined_
_with the police reports. The testimony as well as the police reports_
_has no weight. Verdict was against the weight of the_
_evidence_

(b) If you did not exhaust your state remedies on Ground Two. explain why: _____ N/A _____

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction. did you raise this issue?    ☐ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal. explain why: _____ N/A _____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes." state:

Type of motion or petition: _____ Habeas Corpus 11.07 _____

Name and location of the court where the motion or petition was filed: _____ 19th district _____

_McLennan County_

Docket or case number (if you know): _____ 2017-1876-C1A _____

AO 241 (Rev. 09/17)

Date of the court's decision: _January 4, 2024_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: _N/A_

Name and location of the court where the appeal was filed: _____ _N/A_ _____

Docket or case number (if you know): _____ _N/A_ _____

Date of the court's decision: _____ _N/A_ _____

Result (attach a copy of the court's opinion or order, if available): _____ _N/A_ _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ _N/A_ _____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____ _N/A_ _____

_____

_____

_____

**GROUND THREE:** _Involentary, unintelligent plea Ineffective assistance of Counsel. Amend V VI & XIV_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Defense Counsel failed to enter an Intelligent plea or not Guilty by Reason In failing to Investigate a Reliable defense or Relevant law and facts. Applicant would have Continued announcing not guilty If not for Counsel coherxing Into Changing his plea. Counsel failed to Investigate the uncorroborating witness statements and false police Reports._

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *N/A*

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

*N/A*

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Habeas Corpus 11.07*

Name and location of the court where the motion or petition was filed: *19th district*

*McLennan County Court house*

Docket or case number (if you know): *2017 - 1876 - C1A*

Date of the court's decision: *January 4, 2024*

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: *N/A*

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision: *N/A*

Result (attach a copy of the court's opinion or order, if available): *N/A*

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:    *N/A*

**GROUND FOUR:** Ineffective assistance of Counsel for failure to Support or present an Adversarial Challenge.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Applicant was denied an adversarial challenge due to Counsel failing to Investigate from other then the DAs file weather in fact that the scene was a Habitation and the underlining facts of the uncollaborating witness statements as well the police reports of who committed the crime and the other unknown person being applicant Nephew. The police Reports that Caused Indictment, are Insufficent.

(b) If you did not exhaust your state remedies on Ground Four, explain why:    *N/A*

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:    *N/A*

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    *Habeas Corpus 11.07*

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _19th dostrict_
_McLennan County Court house_

Docket or case number (if you know): _2017-1876-C1A_

Date of the court's decision: _January 4, 2024_

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: _N/A_

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_N/A_

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _N/A_

_____

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?   ☑ Yes       ☐   No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them:   _____ *N/A* _____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:
_____ *N/A* _____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?    ☐   Yes      ☑ No

If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy
of any court opinion or order, if available.   _____ *N/A* _____

_____

_____

_____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?    ☐   Yes      ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
raised.   _____ *N/A* _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____John Hurley_____

(b) At arraignment and plea: _____John Hurley_____

(c) At trial: _____N/A_____

(d) At sentencing: _____John Hurley_____

(e) On appeal: _____N/A_____

(f) In any post-conviction proceeding: _____N/A_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____N/A_____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?       ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____N/A_____

(b) Give the date the other sentence was imposed: _____N/A_____

(c) Give the length of the other sentence: _____N/A_____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?       ☐ Yes    ☐ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I was working Pro SE, As I don't know the Right Terminology as An Attorney. "I am not an Attorney nor a Certified para-legal and Respectfully Ask that these pleadings be held to a less stringent standard then the pleadings prepared by an Attorney. I Ask that pleadings be Construed.

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
        respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
        under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     _Vacate  and  Acquit._

or any other relief to which petitioner may be entitled.

_____N/A_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on     _04 - 11  -24_     (month, date, year).

Executed (signed) on     _09 - 11 - 24_     (date).

_____Douglas Lay Evans._____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____N/A_____

gB

ISTRICT Court Western District

AS U.S DISTRICT Clerks office

RANKLIN Ave. Room 380

TEXAS 76701

MR. Douglos Ray Evans #2084215

GIB Yewis                    D-11
777 FM 3497
Woodville TX 75990

U.S. D
Of Tex
800 F
WACO,