**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

**DOUGLAS RAY EVANS #2184215** §
                             §
**V.**                         §               **W-24-CA-218-ADA**
                             §
**BOBBY LUMPKIN**              §

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed as time-barred Petitioner Douglas Ray Evans's Application for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Douglas Ray Evans's Application for Habeas Corpus Relief is hereby **DISMISSED WITH PREJUDICE** as time-barred.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

 **SIGNED** on May 30, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1